## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| **DAVID W. TAYLOR** | **CIVIL ACTION NO. 11-276-P** |
| **VERSUS** | **JUDGE STAGG** |
| **USA** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM ORDER

Before the Court is David W. Taylor's Motion for Modification of a Restitution Order and/or in the Interest of Justice. Taylor is incarcerated at the US Penitentiary in Pollock, Louisiana. He seeks to have the restitution order imposed in the United States District Court for the Eastern District of Tennessee modified. He names the United States of America as respondent.

This Court has construed Petitioner's motion as a § 2255 motion because he is challenging the validity of his sentence. A §2255 motion must be filed in the sentencing court because only the court where the petitioner was convicted and sentenced has jurisdiction to hear the motion. Pack v. Yusuff, 218 F.3d 448 (5th Cir. 2000). Petitioner was sentenced in the United States District Court for the Eastern District of Tennessee.

Accordingly;

**IT IS ORDERED** that Plaintiff's § 2255 motion be transferred to the United States District Court for the Eastern District of Tennessee, the court which imposed the sentence Petitioner is challenging.

**THUS DONE AND SIGNED** in chambers, in Shreveport, Louisiana, this the 24th of April 2012.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE